MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306
Telephone:   (650) 331-2000
Facsimile:    (650) 331-4537
wjohnson@mayerbrownrowe.com
sgupta@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone:   (202) 263-3000
Facsimile:    (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OLMERT, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMR CORP., AMERICAN AIRLINES, INC., BRITISH AIRWAYS PLC, UAL CORP.,  UNITED AIR LINES, INC., and VIRGIN ATLANTIC AIRWAYS LIMITED, <br><br> Defendants. | CASE NO. CV 06-04292-VRW <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-1, in light of the transfer motion now pending

before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re*

1

*International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff Michael Olmert ("Plaintiff") and Defendants AMR Corp., American Airlines, Inc., British Airways Plc, UAL Corp., United Air Lines, Inc., and Virgin Atlantic Airways Limited (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process.   This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph.  The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Respectfully submitted,

Dated:  August 3, 2006                HULETT HARPER STEWART LLP

                                      /s/_____
                                      Blake M. Harper (SBN 115756)
                                      Bridget Fogarty Gramme (SBN 231953)
                                      Dennis Stewart (SBN 99152)
                                      HULETT HARPER STEWART LLP
                                      550 West C Street, Suite 1600
                                      San Diego, CA 92101
                                      T:  (619) 338-1133
                                      F:  (619) 338-1139

                                      *Attorneys for Plaintiff Michael Olmert*

Dated:  August 3, 2006                MAYER, BROWN, ROWE & MAW LLP

                                      /s/_____
                                      Edward D. Johnson (SBN 189475)
                                      Shirish Gupta (SBN 205584)
                                      MAYER, BROWN, ROWE & MAW LLP
                                      Two Palo Alto Square, Suite 300
                                      3000 El Camino Real
                                      Palo Alto, CA  94306
                                      T: (650) 331-2000
                                      F: (650) 331-4537

                                      Richard J. Favretto
                                      MAYER, BROWN, ROWE & MAW LLP
                                      1909 K Street, NW
                                      Washington, DC  20006

                                      *Attorneys for Defendant United Air Lines, Inc.*

Dated:  August 3, 2006                SULLIVAN & CROMWELL LLP

                                      /s/_____
                                      Brendan P. Cullen (SBN 194057)
                                      SULLIVAN & CROMWELL LLP
                                      1870 Embarcadero Road
                                      Palo Alto, CA  94303
                                      T:  (650) 461-5600
                                      F:  (650) 461-5700

                                      Daryl A. Libow
                                      SULLIVAN & CROMWELL LLP
                                      1701 Pennsylvania Avenue, NW
                                      Washington, DC  20006

                                      *Attorneys for Defendant British Airways Plc*

3

Dated:  August 3, 2006                    SIMPSON THACHER & BARTLETT LLP

                                          /s/
                                          Harrison J. Frahn (SBN 206822)
                                          SIMPSON THACHER & BARTLETT LLP
                                          2550 Hanover Street
                                          Palo Alto, CA  94304
                                          T:  (650) 251-5000
                                          F:  (650) 251-5002

                                          Charles E. Koob (SBN 47349)
                                          SIMPSON THACHER & BARTLETT LLP
                                          425 Lexington Avenue
                                          New York, NY 10017

                                          *Attorneys for Defendant Virgin Atlantic
                                          Airways Limited*

Dated:  August 3, 2006                    WEIL, GOTSHAL & MANGES LLP

                                          /s/
                                          Gayle E. Rosenstein (SBN 237975)
                                          WEIL, GOTSHAL & MANGES LLP
                                          Silicon Valley Office
                                          201 Redwood Shores Parkway
                                          Redwood Shores, California 94065
                                          T:  (650) 802-3000
                                          F:  (650) 802-3100

                                          *Attorneys for Defendants AMR Corp., and
                                          American Airlines*

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta
hereby attests that the signatories' concurrences in the filing of this document have
been obtained.*

PURSUANT TO STIPULATION,

IT IS SO ORDERED:

Date:        8/9/2006

                                          _____
                                          Honorable ~~Charles R. Breyer~~

                                          Judge Vaughn R Walker

                                          UNITED STATES DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA

4

1

## PROOF OF SERVICE

2
3

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Two Palo Alto Square, Suite 300,  Palo Alto, California  94306-2112.

4
5

On August 3, 2006, I served the foregoing document(s) described as

6

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

7
8

on each interested party, as follows:

9

☐        by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

10
11

☒        by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

12
13

☐        by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

14
15
16

☐        by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

17
18

Blake M. Harper
Bridget Fogarty Gramme
Dennis Stewart
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303

19
20
21
22

Harrison J. Frahn
SIMPSON THACHER &
BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006

23
24
25
26
27
28

5

1   Charles E. Koob                      Gayle E. Rosenstein
2   SIMPSON THACHER &                    WEIL, GOTSHAL & MANGES LLP
    BARTLETT LLP                         Silicon Valley Office
3   425 Lexington Avenue                 201 Redwood Shores Parkway
    New York, NY 10017                   Redwood Shores, California 94065
4
5           I declare under penalty of perjury under the laws of the United States of
    America that the above is true and correct.
6           Executed on August 3, 2006, at Palo Alto, California.
7
8                                        /s/
                                         _____
9                                        Jessica F. Davis
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28